Robert P. Spretnak, Esq. (NV Bar No. 5135)
E-mail: bob@spretnak.com
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone No.: (702) 454-4900
Facsimile No.: (702) 938-1055

Todd W. Shulby, Esq. (FL Bar No. 068365)
E-mail: tshulby@shulbylaw.com
TODD W. SHULBY, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone No.: (954) 530-2236
Facsimile No.: (954) 530-6628

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARK ALLISON, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN MANAGEMENT INVESTMENTS, LLC, a Nevada limited Liability company, <br><br> Defendant. | CASE NO.: 2:15-CV-02335-APG-VCF <br><br> **ORDER** <br><br> **PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT** <br> **(FIRST MOTION)** |

Plaintiff, MARK ALLISON, by and through the undersigned counsel, and pursuant to Rule 6(b), Fed.R.Civ.P., and LR 6-1 and 6-2, hereby submits this Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss and/or for Summary Judgment (filed on January 25, 2016), and states as follows:

1. Defendant filed its Motion to Dismiss and/or for Summary Judgment on January 25, 2016. If the response is calculated as if the motion is a motion to dismiss, Plaintiff's response thereto

is due today, February 11, 2016. If the response is calculated as if the motion is a motion for summary judgment, Plaintiff's response thereto is due Thursday, February 18, 2016.

2. Plaintiff's counsel has been out of town this week and is scheduled to be out of town on business for the next week, including depositions. Therefore, due to this and other pressing business matters, Plaintiff's counsel needs additional time to respond to Defendant's motion.

3. The undersigned counsel has contacted Defendant's attorney prior to the filing of this motion, and she is not opposed to the relief requested herein.

4. As such, Plaintiff respectfully requests an enlargement of time until fourteen (14) days from today, until Thursday, February 25, 2016, to respond to Defendant's motion.

5. This request is not made in bad faith, undue delay or for any other dilatory purpose.

6. Under Federal Rule of Civil Procedure 6(b), the Court is authorized to enlarge the period within which Plaintiff must file the subject document "if request therefore is made before the expiration of the period originally prescribed." Plaintiff has filed this request timely under Rule 6(b). Therefore, the Court has the authority to grant this motion pursuant to Rule 6(b), Fed.R.Civ.P.

7. By its express terms, Rule 6(b) affords a wide discretion to the Court to enlarge time periods established by the Rules of Civil Procedure or a Court order. *Woods v. Allied Concord Financial Corp.*, 373 F.2d 733 (5th Cir. 1967). Rule 6 should be applied liberally "to secure the just, speedy and inexpensive determination of every action." Rule 1, Federal Rules of Civil Procedure; 4 Wright & Miller, Federal Practice and Procedure, §1165 (1969). "Pre-expiration extensions are granted routinely if they are sought in good faith and do not prejudice the adversary." *See* Steven Baicker–McKee, William M. Janssen, and John B. Corr, *Federal Civil Rules Handbook 2014,* at 314 (West 2014).

WHEREFORE, Plaintiff respectfully requests that this motion for enlargement of time be granted.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated:  February 12, 2016.

Respectfully submitted,

| /s/Todd W. Shulby, Esq. | /s/Robert P. Spretnak, Esq. |
|---|---|
| Todd W. Shulby, Esq. | Robert P. Spretnak, Esq. |
| Todd W. Shulby, P.A. | LAW OFFICES OF ROBERT P. SPRETNAK |
| 1792 Bell Tower Lane | 8275 S. Eastern Avenue, Suite 200 |
| Weston, Florida  33326 | Las Vegas, Nevada 89123 |
| Telephone: (954) 530-2236 | Telephone No.: (702) 454-4900 |
| Facsimile: (954) 530-6628 | Facsimile No.: (702) 938-1055 |
| E-Mail: tshulby@shulbylaw.com | E-mail: bob@spretnak.com |
| FL Bar No.: 068365 | NV Bar No.: 5135 |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____