# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MARK ALLISON,

        Plaintiff,

vs.

AMERICAN MANAGEMENT INVESTMENTS, LLC,

        Defendant.

2:15-cv-02335-APG-VCF

**ORDER**

      Before the court is the parties' Joint Stipulation and Order to Continue Discovery Pre-Trial Deadlines (ECF No. 26). This stipulation and order to continue discovery pre-trial deadlines is inconsistent with the stipulation for discovery extensions filed in ECF No. 25, which the Court approved in ECF No. 27.

      Accordingly,

      IT IS HEREBY ORDERED that the parties' Joint Stipulation and Order to Continue Discovery Pre-Trial Deadlines (ECF No. 26) is DENIED.

      DATED this 22nd day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE